[Civ. No. 904.    First Appellate District.—April 17, 1912.]

EDWARD F. DELGER, Respondent, v. ABE JACOBS, Appellant.

APPEAL—ABSENCE OF ARGUMENT—AFFIRMANCE OF JUDGMENT.—Where no briefs have been filed by either party, and no oral argument was made when the case was regularly called upon the calendar, the judgment will be affirmed.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco.   Geo. A. Sturtevant, Judge.

The facts are stated in the opinion of the court.

L. S. Melsted, for Appellant.

Sullivan & Sullivan, and Theo. J. Roche, for Respondent.

THE COURT.—No oral argument having been made when the appeal in this case was regularly called upon the calendar of this court, and no briefs having been filed by either party, it is ordered that the judgment appealed from be affirmed.